PIXION, INC., Plaintiff–Appellant,

v.

CITRIX SYSTEMS, INC., and Citrix Online, LLC, Defendants–Appellees.

No. 2012–1636.

United States Court of Appeals, Federal Circuit.

March 19, 2013.

Colby B. Springer, Lewis and Roca, LLP, of Mountain View California, argued for plaintiff-appellant. Of counsel was Shane E. Olafson, of Phoenix, AZ.

Blair M. Jacobs, McDermott Will & Emery, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were Sarah Chapin Columbia and Leigh J. Martinson, of Boston, Massachusetts. Of counsel on the brief was Terry W. Ahearn, of Menlo Park, CA. Of counsel was Bryan Keith James, of Menlo Park, CA.

LOURIE, BRYSON, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

MARKEM–IMAJE CORPORATION, Plaintiff,

v.

ZIPHER LTD. and Videojet Technologies, Inc., Defendants–Appellants.

No. 2013–1032.

United States Court of Appeals, Federal Circuit.

March 25, 2013.

Kara F. Stoll, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP., of Washington, DC, argued for defendants-appellants. With her on the brief was Garth D. Baer.

Before NEWMAN, LINN, and WALLACH, Circuit Judges.

PER CURIAM.

Subsequent to the district court's final judgment the parties agreed to a settlement that leaves no "legitimate, continuing case or controversy." *Allflex USA, Inc. v. Avid Identification Sys., Inc.,* 704 F.3d 1362, 1369 (Fed.Cir.2013). Accordingly, the instant appeal is dismissed.

**DISMISSED**

No costs.